75,987-04

JANUARY 15, 2015

ABEL ACOSTA
COURT CLERK
COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITAL STATION
AUSTIN, TEXAS 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 20 2015

Abel Acosta, Clerk

RE: CHANGE OF ADDRESS

DEAR HONORABLE ACOSTA,

I HAVE BEEN BENCH-WARRANTED BACK TO THE HARRIS COUNTY SHERIFF'S DEPARTMENT FOR A WRIT HEARING IN THE 208 JUDICIAL DISTRICT COURT, THEREFORE, WOULD YOU PLEASE SEND ALL CORRESPONDENCE TO THE FOLLOWING ADDRESS:

REVAT R. VAIZA
NO. 00820617/6C1
701 N. SAN JACINTO
HOUSTON, TEXAS 77002

- 1 -

PLEASE NOTIFY UPON RECEIPT OF THIS NOTIFICATION.
THANK YOU.

RESPECTFULLY,

Revat R Vara

REVAT R VARA
NO. 00820617/6C1
701 N. SAN JACINTO
HOUSTON, TEXAS 77002

- 2 -